```
1   BENJAMIN B. WAGNER
    United States Attorney
2   WALLACE J. LEE
    Special Assistant U.S. Attorney
3   MISDEMEANOR UNIT
    2500 Tulare Street, Suite 4401
4   Fresno, California 93721
    Telephone (559) 497-4000
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    ) CASE NO. 1:11-MJ-00193 SKO
                                 )
12           Plaintiff,          )
                                 )
13  v.                           ) MOTION AND ORDER FOR DISMISSAL
                                 )
14  ROBERT E. NORRIS,            )
                                 )
15           Defendant.          )
                                 )
16  ─────────────────────────────)
17
18       The United States of America, by and through Benjamin B. Wagner,
19  United States Attorney, and Wallace J. Lee, Special Assistant United
20  States Attorney, hereby moves to dismiss without prejudice the
21  information filed on September 22, 2011, against Robert E. Norris, in
22  the interest of justice, pursuant to Rule 48(a) of the Federal Rules
23  of Criminal Procedure.  The government has filed an information in
24  //
25  //
26  //
27  //
28  //
```

case number 1:12-CR-00011-DLB incorporating the crimes charged in this case.

Dated: January 19, 2012           BENJAMIN B. WAGNER
United States Attorney

By : /s/ Wallace J. Lee
WALLACE J. LEE
Special Assistant U.S. Attorney

O R D E R

IT IS HEREBY ORDERED that the information filed on September 22, 2011, against Robert E. Norris, be dismissed without prejudice in the interest of justice.

IT IS SO ORDERED.

Dated: **January 20, 2012**        **/s/ Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE